UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| STEPHANIE HILL | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | 3:03-cv-554 |
| | ) | 3:99-cr-039 |
| | ) | *Jarvis* |
| UNITED STATES OF AMERICA | ) | |
| Respondent. | ) | |

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **DISMISSED**. All other pending motions are **DENIED** as **MOOT**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this court hereby **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**E N T E R:**

                                               s/ James H. Jarvis
                                         United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
    CLERK OF COURT